IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND, et.al.,** | No. **2:19-cv-02287-JAM-DMC** |
| Plaintiff, | |
| vs. | ORDER TO SEAL DOCUMENTS |
| **JEFFREY DATZMAN, et. al,** | |
| Defendant. | |

The Court having received the request of Plaintiffs ERIC LUND and SUSANNAH LUND to file under seal the Proofs of Service concerning Defendants SAMUEL DICKSON, STEVE WEST, DAVID VARAO, and JOHN BLENCOWE, the Court having considered the argument filed in connection with the request, and the Court having found good cause therefor, **HEREBY ORDERS THAT:**

1. Plaintiffs' request to file under seal the Proofs of Service for Defendants SAMUEL DICKSON, STEVE WEST, DAVID VARAO, and JOHN BLENCOWE is GRANTED.
2. The Proofs of Service shall only be released to a party or counsel if ordered by the Court and released under Protective Order.
3. This Order shall remain in effect for the duration of the case.

DATED: January 6, 2020

*/s/ [signature]*
United States District Court Judge
Eastern District of California

1

[Proposed] ORDER TO SEAL DOCUMENTS