IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND, et.al.,** | No. **2:19-cv-02287-JAM-DMC** |
| Plaintiff, | |
| vs. | ORDER EXTENDING TIME FOR RESPONSIVE |
| **JEFFREY DATZMAN, et. al,** | PLEADING TO FIRST AMENDED COMPLAINT |
| Defendant. | and STIPULATED CONSENT TO FILE A |
| | SECOND AMENDED COMPLAINT |

The Court having received and considered the stipulations between all named parties in the case, and the Court having found good cause therefor, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs may file a Second Amended Complaint not later than January 28, 2020.
2. The due date for all Defendants to respond to the First Amended Complaint is extended until the filing of that Second Amended Complaint.
3. Defendants retain all responsive pleading rights to respond to the Second Amended Complaint under the Federal Rules of Civil Procedure.
4. The time frame for all Defendants to respond to the Second Amended Complaint shall be governed by the Local Rules and FRCP Rule 15(a)(3).

DATED: 1/27/2020  /s/ John A. Mendez_____
United States District Court Judge
Eastern District of California