1  XAVIER BECERRA
   Attorney General of California
2  FIEL D. TIGNO
   Supervising Deputy Attorney General
3  CHRISTOPHER D. BEATTY
   Deputy Attorney General
4  State Bar No. 250040
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 879-3313
     Fax:  (510) 622-2270
7    E-mail:  Christopher.Beatty@doj.ca.gov
   *Attorneys for the State of California, Office of the*
8  *Attorney General, Department of Justice, Xavier*
   *Beccera, California Highway Patrol, Warren*
9  *Stanley, Samuel Dickson, Steve West, Kevin Knopf,*
   *John Blencowe, Joseph Farrow, Nick Norton,*
10 *Helena Williams, Kevin Domby, David Varao, Ryan*
   *Duplissey, Tom Andrade, Eric Beal and Hai Luc*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND AND SUSANNAH LUND,** | Case No.: 2:19-CV-02287-JAM-DMC |
| v. | **STIPULATION OF THE PARTIES AND ORDER OF THE COURT** |
| **JEFFREY DATZMAN, ET AL,** | |

WHEREAS, on November 27, 2019 Plaintiffs Eric Lund and Susannah Lund (hereinafter "Plaintiffs") filed a complaint in this matter naming the Office of the Attorney General, Department of Justice ("DOJ") and Xavier Beccera, as defendants.

WHEREAS on January 10, 2020 Plaintiffs filed a first amended complaint.

WHEREAS on January 28, 2020 Plaintiffs filed a second amended complaint removing the DOJ and Xavier Beccera from this matter as defendants.

ACCORDINGLY IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure, Rule 15 that the claims against the DOJ and Xavier Beccera are dismissed from this matter without prejudice.

DATED: February 5, 2020      LAW OFFICE OF SUSANNAH M. LUND

By: /s/Susannah Lund
Susannah M. Lund
Attorney for Plaintiff: ERIC LUND; and
In Pro Per for Plaintiff: SUSANNAH LUND

DATED: February 5, 2020      CALIFORNIA DEPARTMENT OF JUSTICE, OFFICE OF ATTORNEY GENERAL

By: /s/Christopher Beatty
Christopher D. Beatty
Attorney for Defendants:
STATE OF CALIFORNIA, CALIFORNIA OFFICE OF ATTORNEY GENERAL, XAVIER BECERRA, CALIFORNIA HIGHWAY PATROL, WARREN STANLEY, J.A. FARROW, NICK NORTON, SAMUEL DICKSON, STEVE WEST, KEVIN KNOPF, HELENA WILLIAMS, KEVIN DOMBY, DAVID VARAO, RYAN DUPLISSEY, TOM ANDRADE, JOHN BLENCOWE, ERIC BEAL, and HAI LUC

Pursuant to the stipulation presented by the parties, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the claims against the DOJ and Xavier Beccera are dismissed from this matter without prejudice.

IT IS SO ORDERED

Dated:   2/6/2020       /s/ John A. Mendez

THE HONORABLE JOHN MENDEZ
UNITED STATES DISTRICT COURT JUDGE