IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND, et.al.,** | No. **2:19-cv-02287-JAM-DMC** |
| Plaintiffs, | |
| vs. | ORDER TO CONTINUE THE |
| **JEFFREY DATZMAN, et. al,** | HEARING ON MOTIONS TO DISMISS |
| Defendants. | **(AS MODIFIED BY THE COURT)** |

The Court having received and considered the stipulations between all named parties in the case, and the Court having found good cause therefor, **IT IS HEREBY ORDERED THAT (AS MODIFIED):**

1. The hearing date on STATE DEFENDANTS' Motion to Dismiss (ECF 52), COUNTY DEFENDANTS' Motion to Dismiss (ECF 53), and CITY DEFENDANTS' Motion to Dismiss (ECF 54) is hereby continued until **May 19, 2020 at 1:30 p.m.**

2. Plaintiffs' Opposition and Defendants' Reply dates shall adjust according to that new hearing date, pursuant to Local Rules 230(c) and 230(d) respectively.

DATED: 3/22/2020 /s/ John A. Mendez_____

United States District Court Judge