XAVIER BECERRA
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General
CHRISTOPHER D. BEATTY
Deputy Attorney General
State Bar No. 250040
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-3313
  Fax:  (510) 622-2270
  E-mail:  Christopher.Beatty@doj.ca.gov
*Attorneys for the State of California, California Highway Patrol, Warren Stanley, Samuel Dickson, Steve West, Kevin Knopf, John Blencowe, Joseph Farrow, Nick Norton, Helena Williams, Kevin Domby, David Varao, Ryan Duplissey, Tom Andrade, Eric Beal, Hai Luc and Wanona Ireland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC LUND AND SUSANNAH LUND,** | Case No.: 2:19-CV-02287-JAM-DMC |
| | **ORDER** |
| v. | Date: April 7, 2020<br>Time: 1:30 P.M.<br>Dept: 6, 14th Floor |
| **JEFFREY DATZMAN, ET AL,** | Judge: Hon. John Mendez<br>Trial Date: Not set<br>Action Filed: November 12, 2019 |

Defendants the State of California, California Highway Patrol, Warren Stanley, Samuel Dickson, Steve West, Kevin Knopf, John Blencowe, Joseph Farrow, Nick Norton, Helena Williams, Kevin Domby, David Varao, Ryan Duplissey Tom Andrade, Eric Beal, Hai Luc and Wanona Ireland (collectively "State-Defendants") request to seal was filed.

The request to seal was in compliance with the Eastern District Local Rules, Rule 141 and Fed. R. Civ. P. 5.2, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT docket number 65 shall be sealed from public viewing.

Dated:   5/13/2020                        /s/ John A. Mendez

                                    THE HONORABLE JOHN MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE