UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC LUND, *et al.*, | No. 2:19-cv-02287-JAM-DMC |
| Plaintiffs, | |
| v. | **ORDER STAYING PROCEEDINGS** |
| JEFFREY DATZMAN, *et al.*, | |
| Defendants. | |

WHEREAS the Court finds good cause to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants;

WHEREAS the Court also finds good cause in the above-entitled matter that (1) no damage will result from the granting of a stay; (2) the parties and the Court itself will suffer hardship if required to go forward at this time; and (3) achieving finality of the analysis to be applied before further litigation is undertaken will result in a more orderly course of justice;

//
//
//
//

**It is HEREBY ORDERED that**:

1. All proceedings in the above-entitled matter are stayed until final disposition of Plaintiffs' petition for writ of certiorari in the United States Supreme Court, or until the expiration of time for such a petition to be filed, including any extensions granted by the Supreme Court.

DATED: February 17, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE