UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC LUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY DATZMAN, *et al.*, <br><br> Defendants. | No. 2:19-cv-02287-JAM-DMC <br><br> **ORDER OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Per Fed. R. Civ. P. 41(a)(2))** |

Having received a request from Plaintiff ERIC LUND pursuant to Federal Rule of Civil Procedure 41(a)(2) for a court order in the above-entitled matter that judicially bars under *Heck v. Humphrey*, 512 U.S. 477 (1994) and voluntarily dismisses WITHOUT prejudice those claims identified as Causes of Action 39, 40, 42, 49, 50, 53, 54, 55, 71, and 72 in the Second Amended Complaint (ECF 43), and finding good cause therein;

**It is HEREBY ORDERED that**:

1. Plaintiff ERIC LUND's claims identified as Causes of Action 39, 40, 42, 49, 50, 53, 54, 55, 71, and 72 in the Second Amended Complaint (ECF 43) are judicially barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) until his extant conviction is vacated. As such, those claims

are hereby dismissed WITHOUT prejudice to being reasserted in the future should his conviction be vacated.

    2.    Plaintiffs ERIC LUND and SUSANNAH LUND are hereby directed to file their Third Amended Complaint within seven (7) days of this Order.

DATED:  October 28, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE