UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC LUND,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY DATZMAN, *et al.*,<br><br>        Defendants. | No.  2:19-cv-02287-JAM-DMC<br><br>**ORDER DISMISSING DEFENDANTS HAI LUC AND WANONA IRELAND WITH PREJUDICE** |

Having received a joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) from all parties to the above-entitled matter agreeing to dismiss Defendants HAI LUC and WANONA IRELAND from this matter *with* prejudice, and finding good cause therein;

**It is HEREBY ORDERED that**:

1. Defendants HAI LUC and WANONA IRELAND are hereby dismissed *with* prejudice from the above-entitled action.

2. As a final adjudication on the merits of the claim of tortious interference with a business contract, the dismissal of HAI LUC and WANONA IRELAND *with* prejudice will have

res judicata effect, not only on the claim against the two individuals themselves, but also as to any vicarious liability stemming from this claim on the California Highway Patrol as the employer.

DATED: November 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE