1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **ERIC LUND,** | Case No.: 2:19-cv-02287 JAM DMC |
| Plaintiff, | **ORDER STAYING PROCEEDINGS PENDING THE FINAL DETERMINATION OF *LEON v. COUNTY OF RIVERSIDE*, SUPREME COURT CASE S269672** |
| **v.** | |
| **JEFFREY DATZMAN, et al.,** | |
| Defendants. | |

19       WHEREAS the Court finds good cause to control the disposition of the cases on its docket

20  with economy of time and effort for itself, for counsel, and for litigants;

21       WHEREAS the Court also finds good cause in the above-entitled matter that (1) no

22  damage will result from the granting of a stay as Defendants have and will continue to preserve

23  evidence; (2) the parties and the Court itself will suffer hardship if required to go forward at this

24  time; and (3) achieving finality of the decision in *Leon v. County of Riverside,* (Supreme Court

25  Case number S269672) will result in a more orderly course of justice;

26  ////

27  ///

28

1

1      **It is HEREBY ORDERED that:**

2      1. All proceedings in the above-entitled matter are stayed until the final disposition of the

3 *Leon v. County of Riverside,* (Supreme Court Case number S269672) case is reached in the

4 California Supreme Court.

5      2.  Defendants' response to Plaintiff's Third Amended Complaint will be due forty-five

6 (45) days after a decision is reached in *Leon v. County of Riverside,* (Supreme Court Case number

7 S269672).

8

9

10 DATED:  November 28, 2022        /s/ John A. Mendez

11          THE HONORABLE JOHN A. MENDEZ
         SENIOR UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Staying Proceedings (34-202-00278921)