1  Richard W. Osman, State Bar No. 167993
2  Sheila D. Crawford, State Bar No.  278292
   Corey C. Wilson, State Bar No. 332800
3  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
   The Waterfront Building
4  2749 Hyde Street
   San Francisco, California 94109
5  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
6  E-mail:       rosman@bfesf.com
                 scrawford@bfesf.com
7                cwilson@bfesf.com

8

9  Attorneys for Defendants
   CITY OF VACAVILLE, VACAVILLE POLICE
10 DEPARTMENT, JEFFREY DATZMAN,
   STEVEN CAREY, MARK FERREIRA,
11 and CHRIS LECHUGA

12
                 UNITED STATES DISTRICT COURT
13
                 EASTERN DISTRICT OF CALIFORNIA
14

15 ERIC LUND,                              Case No. 2:19-CV-02287-TLN-DMC

16      Plaintiff,

17 v.                                      **STIPULATION TO EXTEND TIME TO
                                           FILE AMENDED ANSWERS TO**
18 JEFFREY DATZMAN, STEVE CAREY, MARK      **THIRD AMENDED COMPLAINT;**
   FERREIRA, CHRIS LECHUGA, WARREN         **ORDER**
19 STANLEY, J. A. FARROW, NICK NORTON,
   SAMUEL DICKSON, STEVE WEST, KEVIN
20 KNOPF, HELENA WILLIAMS, KEVIN DOMBY,
   DAVID VARAO, RYAN DUPLISSEY, JOHN
21 BLENCOWE, KRISHNA ABRAMS, ILANA
   SHAPIRO, and DOES 1-15, CITY OF VACAVILLE,
22 COUNTY OF SOLANO

23
        Defendants.
24                                         **Hon. Troy L. Nunley**

25

26

27

28

STIPULATION TO EXTEND TIME TO FILE AMENDED ANSWERS TO TAC
U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA Case No. 2:19-CV-02287-TLN-DMC

Plaintiff ERIC LUND, Defendants CITY OF VACAVILLE, JEFFREY DATZMAN, STEVEN CAREY, MARK FERREIRA, and CHRIS LECHUGA (collectively referred to as "CITY DEFENDANTS"), COUNTY OF SOLANO, KRISHNA ABRAMS, and ILANA SHAPIRO (collectively referred to as "COUNTY DEFENDANTS"), and SAMUEL DICKSON, STEVE WEST, KEVIN KNOPF, JOHN BLENCOWE, JOSEPH FARROW, NICK NORTON, HELENA WILLIAMS, KEVIN DOMBY, DAVID VARAO, RYAN DUPLISSEY AND WARREN STANLEY (collectively referred to as "STATE DEFENDANTS") by and through their counsel of record, hereby represent to the Court as follows:

WHEREAS, on November 7, 2022, Plaintiff filed his THIRD AMENDED COMPLAINT ("TAC") in the above captioned action [Dkt. No. 109];

WHEREAS, on September 7, 2023, STATE DEFENDANTS filed a motion to dismiss the TAC [Dkt. No. 114];

WHEREAS, on September 7, 2023, CITY DEFENDANTS filed a motion to dismiss the TAC [Dkt. No. 117];

WHEREAS, on September7, 2023, COUNTY DEFENDANTS filed a motion to dismiss the TAC [Dkt. No. 118];

WHEREAS, on September 23, 2024, the Court issued its order on the motions to dismiss, granting the motions in part and denying them in part [Dkt. No. 130];

WHEREAS, on November 12, 2024, STATE DEFENDANTS and COUNTY DEFENDANTS filed their answers to the TAC [Dkt. Nos. 131 and 132 respectively]

WHEREAS, on November 13, 2024, CITY DEFENDANTS filed their answer to the TAC [Dkt. No. 133];

WHEREAS, counsel for Plaintiff met and conferred with counsel for all defendants about perceived deficiencies with their answers to the TAC and informed counsel that Plaintiff intends to file a Motion to Strike; and

WHEREAS, on November 26, 2024, counsel for all defendants stated they intend to file amended answers to the TAC by December 30, 2024.

IT IS HEREBY STIPULATED, pursuant to Local Rule 144(a), that CITY DEFENDANTS,

1

COUNTY DEFENDANTS and STATE DEFENDANTS will file their Amended Answers to the TAC on or before December 30, 2024.

Dated:  December 3, 2024                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                            By:  /s/ Richard W. Osman
                                                 Richard W. Osman
                                                 Sheila D. Crawford
                                                 Corey C. Wilson
                                                 Attorneys for Defendants
                                                 CITY OF VACAVILLE, VACAVILLE POLICE
                                                 DEPARTMENT, JEFFREY DATZMAN, STEVEN
                                                 CAREY, MARK FERREIRA, and CHRIS LECHUGA

Dated:  December 3, 2024                    HAWKINS PARNELL & YOUNG, LLP

                                            By:  /s/
                                                 Danielle K. Lewis
                                                 Attorneys for Defendants
                                                 COUNTY OF SOLANO, KRISHNA ABRAMS, and
                                                 ILANA SHAPIRO

Dated:  December 3, 2024                    OFFICE OF THE ATTORNEY GENERAL

                                            By:  /s/
                                                 Christopher Beatty
                                                 Attorney for Defendants
                                                 SAMUEL DICKSON, STEVE WEST, KEVIN
                                                 KNOPF, JOHN BLENCOWE, JOSEPH FARROW,
                                                 NICK NORTON, HELENA WILLIAMS, KEVIN
                                                 DOMBY, DAVID VARAO, RYAN DUPLISSEY
                                                 AND WARREN STANLEY

Dated:  December 3, 2024                    LAW OFFICES OF SUSANNAH LUND

                                            By:  /s/
                                                 Susannah M. Lund
                                                 Attorney for Plaintiff
                                                 ERIC LUND

        IT IS SO ORDERED.

 Dated:  December 4, 2024                   _____
                                            Troy L. Nunley
                                            Chief United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA Case No. 2:19-CV-02287-TLN-DMC